IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-73-FL-BM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| JONATHAN ANDREW EDWARDS | |

Upon motion from the United States, without the defendant's opposition, and for good cause shown, it is hereby ORDERED that the Indictment be amended to correct the name of the charged defendant from "Jonathan Andrew Edwards" to "Johnathan Andrew Edwards."

IT IS SO ORDERED, this  2nd   day of September, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge